IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RODERICK O. MASBURN,**

    **Petitioner,**

v.                                        **CASE NO. 4:12-cv-289-RS-EMT**

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 16). I have reviewed the report and recommendation *de novo*. I have also reviewed Petitioner's Objections (Doc. 17). I note that the Objections do not appear to specifically address or refute the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petition under 28 U.S.C. § 2254 by a Person in Custody Pursuant to a State Court Judgment (Doc. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**ORDERED** on December 4, 2014.

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**